# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| WANETA WILLIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>BEST BUY CO., INC.,<br><br>Defendant. | Case No.: 0:24-CV-01066-DWF-TNL<br><br>**STIPULATION TO FILE AMENDED COMPLAINT AND EXTENDING TIME TO RESPOND** |

The parties, by and through their respective counsel, hereby stipulate and agree to Plaintiff's filing of a First Amended Complaint pursuant to Fed. R. Civ. P. 15(a)(2), and to an extension of time for deadline for Defendant Best Buy Co., Inc. ("Best Buy") to respond to the First Amended Complaint.

In support of this stipulation, the parties state as follows:

1. On March 26, 2024, Best Buy was served with the Complaint.

2. The parties previously stipulated to extend Best Buy's deadline to respond to the Complaint to July 17, 2024.

3. Plaintiff intends to file a First Amended Complaint on or before July 17, 2024. Defendant consents to the filing of same.

4. While Defendant consents to the filing of Plaintiff's First Amended Complaint, Defendant reserves the right to raise any argument as to the allegations contained therein and reserves the right to file an appropriate motion in response thereto.

5. Defendant shall have forty-five (45) days from the date of filing of Plaintiff's First Amended Complaint to file their response.

WHEREFORE, the parties respectfully request that the Court enter an order extending the deadline for Best Buy to respond to the Complaint to August 30, 2024.

Dated:  July 16, 2024                              Respectfully submitted,

/s/ *Anne M. Lockner*
ROBINS KAPLAN LLP
Anne M. Lockner (MN 0295516)
Heather R. Chang (MN 0403836)
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500
ALockner@RobinsKaplan.com
HChang@RobinsKaplan.com

**Attorneys for Defendant**

/s/ *Robert K. Shelquist*
LOCKRIDGE GRINDAL NAUEN PLLP
Robert K. Shelquist (MN 21310X)
Rebecca A. Peterson (MN 392663)
100 Washington Avenue S., Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
rkshelquist@locklaw.com
rapeterson@locklaw.com

Kevin Laukaitis
LAUKAITIS LAW LLC
954 Avenida Ponce De Leon
Suite 205, #10518
San Juan, Puerto Rico 00907
Telephone: (215) 789-4462
klaukaitis@laukaitislaw.com

Mason A. Barney
Lisa R. Considine
SIRI GLIMSTAD LLP
745 Fifth Avenue, Suite 500
New York, NY 10151
Telephone: (212) 532-1091
Facsimile: (646) 417-5967
mbarney@sirillp.com
lconsidine@sirillp.com

**Attorneys for Plaintiff and Putative Class Members**