# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| WANETA WILLIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BEST BUY CO., INC.,<br><br>Defendant. | Case No.: 0:24-CV-01066-DWF-TNL<br><br>**[PROPOSED] ORDER ON STIPULATION TO FILE AMENDED COMPLAINT AND FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

WHEREAS, this matter is before the Court on Plaintiff and Defendant's Stipulation to File Amended Complaint and Extension of Time to Respond to Complaint.

WHEREAS, based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Best Buy Co., Inc.'s request to extend time to respond to the Complaint is **GRANTED.**

2. Best Buy Co., Inc. shall have until August 30, 2024 to answer or otherwise respond to Plaintiff's First Amended Complaint.

**SO ORDERED** this _____ day of _____, 2024.

_____
The Honorable Tony N. Leung
United States Magistrate Judge