UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| JEWEL JORDAN and MICHAEL WALSH, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>BEST BUY CO., INC.,<br><br>  Defendant. | Case No. 0:24-CV-01066-DWF-DTS<br><br>**Declaration of Heather R. Chang in Support of Defendant's Memorandum in Opposition to Plaintiffs' Motion for Reconsideration** |

I, Heather R. Chang, declare under 28 U.S.C. § 1746 as follows:

1.   I am an attorney duly licensed to practice law in the State of Minnesota. I am an associate attorney at the law firm Robins Kaplan LLP and counsel of record for Defendant Best Buy Co., Inc. ("Best Buy"). I am submitting this declaration in support of Defendant's Memorandum in Opposition to Plaintiffs' Motion for Reconsideration.

2.   To date, Best Buy has not received notice that Ms. Jordan has filed with the AAA "a Demand for Arbitration, the administrative filing fee, a copy of the court order, or a copy of any applicable arbitration agreement from the parties' contract, which provides for arbitration," as required by R-4(a)(ii) of the AAA Consumer Rules and Procedures, regarding the claims Ms. Jordan raised in the Amended Complaint (Dkt. 26).

1

3. On May 1, 2025, Ms. Jordan's counsel sent a Notice of Dispute letter on behalf of more than 200 individuals seeking to arbitrate their claims against Best Buy. Dkt. 76 at Ex. A. Attached to this letter was an excel spreadsheet that lists those 200+ individuals. A redacted copy of this excel spreadsheet is attached hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 14th day of July, 2025 in Hennepin County, Minnesota.

/s/Heather R. Chang  
Heather R. Chang